UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    DOREEN GUEVARA,

                                  Plaintiff,          1:21-cv-9646-GHW

                           -v -                          ORDER

    CITY OF N.Y. HUMAN RESOURCES
    ADMINISTRATION, DEPARTMENT OF
    SOCIAL SERVICES; STEVEN BANKS;
    OLIVIA HOLLY; SAMUEL SALNAUVE; and
    RITA CAMPBELL,

                                Defendants.
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       On March 14, 2022, the Court held an initial pre-trial conference in this matter. For the reasons articulated on the record during that conference, Defendants' request to file a motion to dismiss is granted. Defendants' motion to dismiss is due no later than March 29, 2022. Plaintiff's opposition is due no later than May 2, 2022. Alternatively, Plaintiff may choose to amend her complaint, and must do so by May 2, 2022. Assuming Plaintiff opposes Defendants' motion, Defendants' reply is due no later than May 16, 2022.

       In addition, for the reasons articulated on the record during the March 14, 2022 conference, discovery in this case is stayed until May 20, 2022. When Defendants' file their motion to dismiss, Defendants are invited to apply for an extended stay, should they choose to do so.

       The Clerk of Court is instructed to send a copy of this order to Plaintiff via certified mail.

       SO ORDERED.

Dated: March 14, 2022
New York, New York
                                                GREGORY H. WOODS
                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2022