```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                :
DOREEN GUEVARA,              :
                :
               Plaintiff,  :   1:21-cv-9646-GHW
                :
         -v -           :   ORDER
                :
CITY OF N.Y. HUMAN RESOURCES  :
ADMINISTRATION, DEPARTMENT OF  :
SOCIAL SERVICES; STEVEN BANKS;  :
OLIVIA HOLLY; SAMUEL SALNAUVE; and  :
RITA CAMPBELL,            :
                :
               Defendants.  :
                :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

    The Defendants' motion for a pre-motion conference is granted. It is hereby ORDERED that all parties appear via telephone on September 19, 2022 at 2:00 p.m. for a pre-motion conference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.

Dated: September 2, 2022
New York, New York

                                          _____
                                              GREGORY H. WOODS
                                          United States District Judge