```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DOREEN GUEVARA,                                                :
                                                               :
                              Plaintiff,                       :      1:21-cv-9646-GHW
                                                               :
              -v -                                             :      ORDER
                                                               :
CITY OF N.Y. HUMAN RESOURCES                                   :
ADMINISTRATION, DEPARTMENT OF                                  :
SOCIAL SERVICES; STEVEN BANKS;                                 :
OLIVIA HOLLY; SAMUEL SALNAUVE; and                             :
RITA CAMPBELL,                                                 :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As stated on the record at the conference held on September 19, 2022, the deadline for Defendants to file and serve their motion to dismiss is October 26, 2022.  Plaintiff's opposition is due within five weeks after service of Defendants' motion; Defendant's reply, if any, is due within two weeks after service of Plaintiff's opposition.

      The parties are further directed to provide an update to the Court by September 26, 2022 regarding the status of mediation and appointment of pro bono counsel to represent the plaintiff in the mediation.

      The Clerk of Court is instructed to mail a copy of this order to Plaintiff via certified mail.

Dated:  September 19, 2022
New York, New York

                                                GREGORY H. WOODS
                                           United States District Judge